Argued and submitted May 20, 1998, remanded for reconsideration August 4, 1999, both petitions for review denied January 18, 2000 (329 Or 503)

In the Matter of the Compensation of
Thomas R. Sledd, Claimant.

SAIF CORPORATION
and Jensen Tree Service,
*Petitioners,*

*v.*

Thomas R. SLEDD,
*Respondent.*

(WCB 96-06662; CA A99152)

984 P2d 952

David L. Runner argued the cause and filed the brief for petitioners.

Benton Flaxel argued the cause for respondent. With him on the brief was Flaxel & Nylander.

Before Warren, Presiding Judge,* and Edmonds and Armstrong, Judges.

PER CURIAM

---

* Retired February 28, 1999.

**PER CURIAM**

Petitioners SAIF Corporation and Jensen Tree Service seek review of a Workers' Compensation Board order that affirmed an award of temporary disability compensation for a period beginning nearly three years before it was authorized by claimant's attending physician.[1] The Board adopted and affirmed the administrative law judge's order, which was based on the Board's decision in an earlier case, *Kenneth P. Bundy*, 48 Van Natta 2501 (1996). However, this court has since reversed *Bundy*. *Fred Meyer, Inc. v. Bundy*, 159 Or App 44, 978 P2d 385, *rev dismissed* 329 Or 503 (1999). We remand to the Board for reconsideration in light of our decision in *Bundy*.

Remanded for reconsideration.

---

[1] That award was limited by ORS 656.212, which places a two-year maximum on the length of time a worker can receive temporary disability compensation.